JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

FRANK LINDSAY, an individual; and
KIRK CLYMER, an individual,

               Plaintiffs,

   vs.

CITY OF COVINA, an incorporated
California Municipality; and DOES 1 to
10, inclusive,

               Defendants.

Case No. 2:16-CV-08022-RGK-AS

**[~~PROPOSED~~] ORDER FOR
DISMISSAL WITH PREJUDICE**

The above-captioned action is hereby dismissed with prejudice pursuant to the
stipulation of the parties filed on June 23, 2017.

Dated: June 27, 2017

_____
Hon. R. Gary Klausner
United States District Judge